UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON POTATO COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>J.R. SIMPLOT COMPANY,<br><br>        Defendant. | NO: 4:17-CV-5032-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Joint Status Certificate, ECF No. 125, in which the parties stipulate to the dismissal of J.R. Simplot Company's ("Simplot's") counterclaims in this action. The parties further agree that "Simplot's voluntary dismissal of its counterclaims resolves all remaining claims and this case should be closed." ECF No. 125 at 2.

Having reviewed the Joint Status Certificate and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Status Certificate, **ECF No. 125**, is **ACCEPTED**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

2. Defendant's counterclaims, **ECF No. 35**, are **dismissed without prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** April 26, 2019.

>  *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2